Tommy PEARSON *v.* STATE of Arkansas

RC 89-18                                            771 S.W.2d 249

Supreme Court of Arkansas
Opinion delivered May 22, 1989

*William R. Simpson, Jr.*, Public Defender, *Donald K. Campbell III*, Deputy Public Defender, for appellant.

No objection.

PER CURIAM. Petitioner Tommy Pearson, by his attorney, has filed a second motion for a rule on the clerk. His attorney, Donald K. Campbell III, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.